# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HANDI-CRAFT COMPANY,    )<br>                                                    )<br>                          Plaintiff,     )<br>                                                    )   Case No. 3:22-cv-704<br>            vs.                                 )<br>                                                    )   JURY TRIAL DEMANDED<br>GRACO CHILDREN'S PRODUCTS,  )<br>INCORPORATED,                        )<br>                                                    )<br>                          Defendant.   | |

## PLAINTIFF HANDI-CRAFT COMPANY'S
## DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST

I, the undersigned counsel of record for Handi-Craft Company, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

    NO

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    NO

Date: December 12, 2022                              Respectfully submitted,

                                                                   /s/ Jessica Hutson Polakowski
                                                                 REINHART BOERNER VAN DEUREN
                                                                 Jessica H. Polakowski
                                                                 22 East Mifflin Street, Suite 700
                                                                 Madison, Wisconsin 53703
                                                                 (608) 229-2219 (telephone)
                                                                 (608) 229-2100 (facsimile)
                                                                 jpolakowski@reinhartlaw.com

                                                                 Attorneys for Plaintiff Handi-Craft Company